# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACEY SEGURA, ET AL.** | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 14-2495 |
| v. | * | SECTION: "J" (4) |
| **FEDEX SMARTPOST, INC. and UNITED STATES POSTAL SERVICE** | * | |
| | * | |
| Defendants. | * | |
| * * * | | |

## UNITED STATES OF AMERICA'S EXPERT WITNESS LIST

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America, who submits the following Expert Witness List pursuant to the Joint Discovery Plan, Rec. Doc. 37. The United States may call the following:

1. Megan Ciota, Ph.D. – Neuropsychology
   Jefferson Neurobehavioral Group
   2901 N. I-10 Service Road E., Suite 300 Metairie, Louisiana 70002

2. Richard Roniger, M.D. – Psychiatry
   1539 Jackson Ave., Ste. 110
   New Orleans, LA 70130

3. Kenneth Boudreaux, Ph.D.; Dan Cliffe, CPA; or J. Stuart Wood, Ph.D. – Economist
   1424 Bordeaux Street
   New Orleans, LA 70115

4. Elizabeth Bauer, M.Ed. LRC, CRC, CLCP – Life Care Planning, vocational rehabilitation
   Bauer & Associates, Inc.
   718 Phosphor Avenue
   Metairie, LA 70005

5. Justin L. Owen, M.D. – Neurosurgeon
   Culicchia Neurological Clinic
   1051 Gause Blvd., Ste. 400
   Slidell, LA 70458

6. Everett G. Robert, Jr., M.D. – Neurosurgeon
   Southern Brain & Spine
   4770 S. I-10 Service Road West, Suite 110
   Metairie, LA 70001

The United States reserves the right to amend this witness list.

    Respectfully submitted,
    KENNETH ALLEN POLITE, JR.
    UNITED STATES ATTORNEY

    /s/ JASON M. BIGELOW
    JASON M. BIGELOW (29761)
    Assistant United States Attorneys
    650 Poydras Street, 16TH Floor
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3025
    Fax: (504) 680-3174
    Email: Jason.bigelow@usdoj.gov

OF COUNSEL:
Kathleen M. Arndt
Attorney for the United States Postal Service
General Law Service Center – National Tort Center
1720 Market Street, Room 2400
St. Louis MO 63155-9948
Telephone:    314-345-5868
Facsimile:    202-406-4618
kathleen.m.arndt@usps.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties by ECF, facsimile, or mailing the same to each, properly addressed and postage prepaid this 1st day of October, 2015.

    /S/ JASON M. BIGELOW_____
    JASON M. BIGELOW
    Assistant United States Attorney