UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRACY SEGURA, ET AL** | **CIVIL ACTION NO.: 2:14-CV-02495** |
| **VERSUS** | **JUDGE CARL J. BARBIER** |
| **FEDEX SMARTPOST, INC. ET AL** | **MAGISTRATE KAREN WELLS ROBY** |

*************************************************************************

## MAY CALL WITNESS LIST

Defendant, FedEx SmartPost, Inc. (hereinafter, "FXSP"), files this May Call Witness List, pursuant to this Honorable Court's Scheduling Order. FXSP may call the following individuals at the trial of this matter:

1. Representative of Fireman's Fund Insurance Company—fact witness to offer testimony regarding applicable policy of insurance and insurance coverage issues;

2. Representative of Nova Casualty Company—fact witness to offer testimony regarding applicable policy of insurance and insurance coverage issues;

3. Anthony Calvino—fact witness, representative of FedEx SmartPost, Inc.;

4. Micah Endsley--fact witness, representative of FedEx SmartPost, Inc.;

5. Christopher Burg-- fact witness, representative of FedEx SmartPost, Inc.

6. Cholayna Burton Montgomery—fact witness

7. Tracy "Trey" Segura—Plaintiff herein, on cross-examination;

8. Tracy Segura—Plaintiff herein, on cross-examination;

9. JeBarr LoCure, Sr.--fact witness to offer testimony regarding the facts leading up to and surrounding Plaintiff's accident, Plaintiff's employment;

10. Representative/custodian of records Tiger Logistics—fact witness to offer testimony regarding Tracy Segura's employment, wages;

01043248-1

11. Representative/custodian of records USPS—fact witness;

12. Representative/custodian of records National Beverage Corp. (Big Shot Beverages)—fact witness to offer testimony regarding Tracy Segura's employment, wages;

13. Representative/custodian of records Budget Avis—fact witness to authenticate records and offer testimony regarding the subject truck used by Tracy Segura;

14. Representative/custodian of records Energy Catering Services, Inc.—fact witness to offer testimony regarding Tracy Segura's employment, wages, on-the-job injuries;

15. Representative/custodian of records Rally's Hamburgers—fact witness to offer testimony regarding Tracy Segura's employment, wages, on-the-job injuries;

16. Representative/custodian of records Stewart Supply, Inc.—fact witness to offer testimony regarding Tracy Segura's employment, wages, on-the-job injuries;

17. Representative/custodian of records University of Phoenix, Murphy High School, John Ehret High School, Cameron College, Capital High School, Southern University New Orleans, Christian Bible College, Faith Bible, etc.)—fact witness to offer testimony regarding Tracy Segura's educational records;

18. Justin L. Owen, M.D. – expert in neurosurgery and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

    Culicchia Neurological Clinic
    1051 Gause Blvd., Ste. 400
    Slidell, LA  70458

19. Megan Ciota, Ph.D. – expert in neuropsychology and fact witness to offer testimony regarding treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

    Jefferson Neurobehavioral Group
    2901 N. I-10 Service Road E., Suite 300
    Metairie, Louisiana 70002

20. Kenneth Boudreaux, Ph.D.; Dan Cliffe, CPA; or J. Stuart Wood, Ph.D. - experts in economics to offer testimony on wage loss and medical cost analysis issues;

1424 Bordeaux Street
New Orleans, LA 70115

21. Richard Roniger, M.D. – expert in psychiatry and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;
1539 Jackson Ave., Ste. 110
New Orleans, LA 70130

22. Elizabeth Bauer, M.Ed. LRC, CRC, CLCP – expert in Life Care Planning, vocational rehabilitation

    Bauer & Associates, Inc.
    718 Phosphor Avenue
    Metairie, LA 70005

23. Dr. Richard Texada--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

24. Dr. Donald Dietze--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

25. Dr. Kelly Scrantz--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

26. Dr. James Mulvey--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

27. Dr. Kenneth Vogel--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

28. Dr. Michael Chambers--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

29. Dr. Gloria Kang--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

30. Lyle Schween, D.C. --expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

31. Brandon Broadus, D.C.--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

32. Joshua Jordan (St. Tammany Fire District 4)— expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

33. Ashley Hunt (St. Tammany Fire District 4)— expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

34. Jeff Montalbano (St. Tammany Fire District 4)— expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

35. Therese Reckert, RN (Lakeview Regional Medical Center)-- expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

36. Dr. Charles D. Muntan (Lakeview Regional Medical Center)-- expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

37. Dr. Boyd Helm (Advanced Medical Care & Wellness Center/LA Health Solutions)-- expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

38. Dr. John Boutte-- expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

39. Dr. Brett Chapel-- expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

40. Dr. Robert Lesser--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

41. Lorenzo Fisher, FNP-C--expert and fact witness to offer testimony regarding medical treatment, diagnoses, prognosis and medical causation with respect to Tracy Segura;

42. Unidentified individual who performed Tracy Segura's Functional Capacity Exam (FCE);

43. Custodian of records Union Insurance Company—fact witness to authenticate and offer testimony regarding Tracy Segura's workers compensation file and claim;

44. Custodian of records Walgreen's-- fact witness to authenticate and offer testimony regarding its pharmacy records pertaining to Tracy Segura;

45. Custodian of medical records Slidell Memorial Hospital--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

46. Custodian of medical records Novare--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

47. Custodian of medical records North Institute--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

48. Custodian of medical records Causeway Interventional Medicine--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

49. Custodian of medical records Diagnostic Imaging Services--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

50. Custodian of medical records Northlake Neurological Institute--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

51. Custodian of medical records Lindy Boggs Hospital/Medical Center--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

52. Custodian of medical records Westbank Healthcare Center--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

53. Custodian of medical records Kenner Health Care Center--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

54. Custodian of medical records NeuroMedical Center-- testimony regarding and authenticating records related to treatment provided to Tracy Segura;

55. Custodian of medical records Cypress Pointe Hospital East-- testimony regarding and authenticating records related to treatment provided to Tracy Segura;

56. Custodian of medical records Uptown Health Care Center-- testimony regarding and authenticating records related to treatment provided to Tracy Segura;

57. Custodian of medical records Louisiana Heart Medical Group-- testimony regarding and authenticating records related to treatment provided to Tracy Segura;

58. Custodian of medical records Metairie Imaging Elmwood--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

59. Custodian of medical records Metairie Healthcare Center--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

60. Custodian of medical records Advanced Medical Care & Wellness Center/ LA Health Solutions --testimony regarding and authenticating records related to treatment provided to Tracy Segura;

61. Custodian of medical records Lakeview Regional Medical Center--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

62. Custodian of records St. Tammany Fire District 4--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

63. Custodian of medical records ProScan Imaging--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

64. Custodian of medical records Delta Imaging--testimony regarding and authenticating records related to treatment provided to Tracy Segura;

65. Custodian of records for insurance carriers pertaining to other accidents in which Tracy Segura was involved (GEICO, State Farm, Allstate, LA Farm Bureau, Zurich American, etc.);

66. Representative/Custodian of records St. Roch Body Shop;

67. Any rebuttal witnesses offered to explain, rebut, contradict and/or disprove testimony offered by Plaintiffs or any of Plaintiffs' witnesses or to impeach Plaintiff or to authenticate impeachment evidence, all of which depends on and would be in response to contentions or evidence introduced by Plaintiffs;

01043248-1

68. Any witnesses necessary to verify the authenticity of any documents sought to be introduced into evidence;

69. Any witnesses listed, called or sought to be called by any other party in this litigation.

70. Any witness, expert or fact, identified through continued discovery in this matter.

71. Any witness necessary to authenticate, introduce at trial any documents and/or exhibits to be entered into the record;

72. Any witness necessary for impeachment.

FXSP reserves the right to supplement and amend this May Call Witness List.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*s/Guyton H. Valdin, Jr.*
_____
**C. MICHAEL PFISTER (#14317)**
**GUYTON H. VALDIN, JR. (#20621)**
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
mpfister@duplass.com
gvaldin@duplass.com
**Attorneys for Defendant, FedEx SmartPost, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system and/or U. S. Mail.

*s/Guyton H. Valdin, Jr.*
_____
GUYTON H. VALDIN, JR.