# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY SEGURA, ET AL | CIVIL ACTION NO.: 2:14-CV-02495 |
| VERSUS | JUDGE CARL J. BARBIER |
| FEDEX SMARTPOST, INC. ET AL | MAGISTRATE KAREN WELLS ROBY |

*************************************************************************

## SUPPLEMENTAL PRELIMINARY EXHIBIT LIST

Defendant, FedEx SmartPost, Inc. (hereinafter, "FXSP"), files this Preliminary Exhibit List, pursuant to this Honorable Court's Scheduling Order. FXSP may introduce the following exhibits at the time of trial of this matter:

1. Medical records of Dr. Mulvey;

2. Medical records of Westbank Health Care Center;

3. Medical records of Dr. Ken Vogel;

4. Medical records of Dr. Gloria Kang;

5. Medical records of Kenner Health Care Center;

6. Medical records of Advanced Medical Care & Wellness Center;

7. Medical records of Lakeview Regional Medical Center;

8. Medical records of St. Tammany Fire District 4;

9. Medical records of NeuroMedical Center;

10. Medical records of Dr. John Boutte;

11. Medical records of Louisiana Heart Medical Group;

12. Medical records of Diagnostic Imaging Services;

13. Medical records of Dr. Brett Chapel;

14. Medical records of Dr. Robert Lesser;

15. Medical records of Metairie Imaging Elmwood;

16. Medical records of Northlake Neurological Institute;

17. Medical records of Dr. Boyd Helm (Advanced Medical Care & Wellness Center);

18. Medical records of North Institute;

19. Medical records of Cypress Pointe Hospital East;

20. Medical records of Delta Imaging;

21. Medical records of ProScan Imaging;

22. Medical records of Uptown Health Care Center;

23. Medical records of Lindy Boggs Hospital/Medical Center;

24. Medical records of Causeway Interventional Medicine;

25. Records of Walgreens;

26. Employment and wage records from Tiger Logistics;

27. U.S. Department of Labor Certification of Health Care Provider dated 3/19/08;

28. Records relating to the results of Tracy Segura's Functional Capacity Exam (FCE);

29. Tiger Logistics/Union Insurance Company worker's compensation file pertaining to the subject, and any other, accident involving Tracy Segura;

30. Records from St. Roch Body Shop;

31. Workers compensation file and employment records from Energy Catering Services, Inc.;

32. Workers compensation file and employment records from National Beverage Corp. (Big Shot Beverages);

33. Workers compensation file and employment records from Rally's Hamburgers;

34. Workers compensation file and employment records from Stewart Supply, Inc.;

35. Claims files and other documents related to other accidents in which Tracy Segura was involved (GEICO, State Farm, Allstate, LA Farm Bureau, Zurich American, etc.);

36. Notice of Child Support Lien;

37. Litigation-related documents pertaining to other lawsuits and claims asserted by Tracy Segura;

38. Any and all educational records pertaining to Tracy Segura (University of Phoenix, Murphy High School, John Ehret High School, Cameron College, Capital High School, Southern University New Orleans, Christian Bible College, Faith Bible, etc.);

39. Particular records produced in this matter by FedEx SmartPost, Inc.;

40. Records produced in this matter by United States of America (USPS);

41. Records of Budget Avis related to truck involved in accident;

42. Medical and other records from Novare;

43. Applicable insurance policy issued by Fireman's Fund Insurance Company;

44. Applicable insurance policy issued by Nova Casualty Company;

45. Video and/or photographs of the scene of the incident;

46. Video and/or photographs of the equipment involved in the alleged incident;

47. Employment and wage records of Tracy Segura from any other employment;

48. Tracy Segura's tax returns;

49. Tracy Segura's Social Security Earnings records;

50. Any accident reports generated by or on behalf of USPS and Tiger Logistics regarding the subject accident;

51. Any root cause analysis or other investigatory reports generated by or on behalf of USPS and Tiger Logistics regarding the subject accident;

52. Records from any other healthcare provider or facility pertaining to treatment rendered to Tracy Segura, both before and after the subject accident;

53. Responses to discovery, Interrogatories and Request for Production of Documents filed by any party;

54. Any pleading filed by any party herein;

55. Any document, video, photograph or other exhibit offered for purposes of rebuttal and/or impeachment;

56. Any exhibit to be used by any expert retained by FXSP, including, but not limited to, photos, videos, test reports, charts, and diagrams;

57. Any and all literature, studies, tests, documents, videos, photographs or exhibits of any nature and kind relied upon by any expert retained by FXSP in this matter in reaching his/her opinions and conclusions and for demonstrative purposes;

58. Any exhibit that is listed or used by any other party;

59. Subject truck;

60. Exemplar truck; and

61. Photos, videos, measurements, diagrams, etc., of subject and exemplar trucks.

FXSP reserves its rights to amend and/or supplement this Preliminary Exhibit List in the future.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Guyton H. Valdin, Jr.
_____
**C. MICHAEL PFISTER (#14317)**
**GUYTON H. VALDIN, JR. (#20621)**
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
mpfister@duplass.com
gvaldin@duplass.com
**Attorneys for Defendant, FedEx SmartPost, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system and/or U. S. Mail.

                                          s/Guyton H. Valdin, Jr.
                                      _____
                                        GUYTON H. VALDIN, JR.