**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRACY SEGURA, ET AL**                    **CIVIL ACTION NO.: 2:14-CV-02495**

**VERSUS**                                 **JUDGE CARL J. BARBIER**

**FEDEX SMARTPOST, INC. ET AL**            **MAGISTRATE KAREN WELLS ROBY**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' EXHIBIT LIST

Now into Court, through undersigned counsel, come Plaintiffs Tracy Segura, husband of and Tracy Segura, who respectfully submit their list of exhibits which may be used at the trial of this matter.

1. Medical records of Dr. Donald Dietze;

2. Medical records of Dr. John MacGregor;

3. Medical records of Dr. Richard Texada;

4. Medical records of Dr. Randee L. Booksh;

5. Report of Dr. David Barczyk, Chiropractor, Accident Biomechanics;

6. Life Care Plan and Vocational Assessment of Dr. Larry S. Stokes;

7. Expert Economists reports of Dr. Shael N. Wolfson and/or Dr. James R. Bartkus;

8. Any and all medical reports, bills, and/or charts regarding the medical treatment of Plaintiff regarding the accident which forms the basis of this lawsuit,

9. All records produced by FedEx Smart Post;

10. All records produced by any defendant or intervenor in this matter;

11. Photographs of Post Office Dock;

12. All responses to any discovery requests;

−1−

13. All documents responsive to any discovery requests;

14. All expert reports;

15. All accident reports;

16. All incident reports;

17. Wage and Income records;

18. Office of Workers' Compensation records;

19. Employment records with Tiger Logistics;

20. All deposition transcripts of depositions taken;

21. All Statements and Bills;

22. Any and all demonstrative evidence, including surgical or spine models or recreations.

Respectfully submitted,

THE KING FIRM

/s/Brian King_____
JASON F. GILES – BAR NO. 29211
BRIAN KING – BAR NO. 24817
2912 Canal Street, 2nd Floor
New Orleans, LA   70119
Telephone: (504) 909-5464
Facsimile: (800) 901-6470
jgiles@kinginjuryfirm.com
bking@kinginjuryfirm.com
Counsel for Plaintiffs

THE KEATING LAW FIRM L.L.C.


D. PATRICK KEATING – BAR NO. 27825
**EVE S. REARDON – BAR NO. 30710**

3714 Airline Drive
Metairie, Louisiana  70001
Telephone:  (504) 832-2232
Facsimile:   (888) 532-0856
Eve@toughsmartlaw.com
Patrick@toughsmartlaw.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system. Notice will be sent by the Court's electronic filing system to all CM/ECF participants including all counsel of record.

*/s/Brian King*
Brian King