**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TRACEY SEGURA, ET AL.** | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 14-2495 |
| v. | * | SECTION: "J" (4) |
| **FEDEX SMARTPOST, INC. and UNITED STATES POSTAL SERVICE** | * | |
| | * | |
| Defendants. | | |
| * * * | | |

**UNITED STATES OF AMERICA'S PRELIMINARY WITNESS & EXHIBIT LIST**

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America, comes the Defendant, the United States of America ("United States"), who files these preliminary witness and exhibit lists, pursuant to the Court's scheduling order.

**I.     WITNESS LIST**

1. Megan Ciota, Ph.D. – Neuropsychology
   Jefferson Neurobehavioral Group
   2901 N. I-10 Service Road E., Suite 300 Metairie, Louisiana 70002

2. Richard Roniger, M.D. – Psychiatry
   1539 Jackson Ave., Ste. 110
   New Orleans, LA 70130

3. Kenneth Boudreaux, Ph.D.; Dan Cliffe, CPA; or J. Stuart Wood, Ph.D. – Economist
   1424 Bordeaux Street
   New Orleans, LA 70115

4. Elizabeth Bauer, M.Ed. LRC, CRC, CLCP – Life Care Planning, vocational rehabilitation
   Bauer & Associates, Inc.
   718 Phosphor Avenue
   Metairie, LA 70005

5. Justin L. Owen, M.D. – Neurosurgeon
   Culicchia Neurological Clinic

1051 Gause Blvd., Ste. 400
   Slidell, LA 70458

6. Andrea Cheramie, USPS employee who was supervisor at Mandeville Post Office at the time of Plaintiff's accident and observed Plaintiff and his surroundings soon after the accident.

7. Joseph Augustus, Jr., USPS employee who was acting Postmaster at the Mandeville Post Office at the time of Plaintiff's accident and observed Plaintiff and his surroundings soon after the accident.

8. David Poissant, USPS clerk who heard Plaintiff immediately after Plaintiff's accident, observed Plaintiff and his surroundings after the accident, and notified USPS supervisors Cheramie and Augustus that there had been an accident.

9. Dianne Bercey, USPS supervisor at the Mandeville Post Office at the time of Plaintiff's accident.

10. Cholayna Montgomery (Burton), USPS employee with knowledge of interactions between the USPS and FedEx regarding pallet drop shipments in Louisiana.

11. All of Plaintiff's treating physicians, including but not limited to:
    a. Lakeview Regional Hospital
    b. Dr. John MacGreggor
    c. Dr. Brett Chapel
    d. Dr. Randee Booksh
    e. LA Health Solutions
    f. Dr. Kenneth Vogel
    g. Dr. Donald Dietze
    h. Dr. Kelly Scrantz
    i. Dr. Richard Texada
    j. Causeway Interventional Medicine, LLC
    k. Louisiana Heart Hospital
    l. Dr. Gloria Kang
    m. Proscan Imaging
    n. Dr. Jonathan Stephens
    o. Metairie Imaging
    p. Dr. John Boutee
    q. Slidell Memorial Hospital
    r. Southern Surgical Hospital
    s. Gulfport Memorial Hospital
    t. Ochsner Hospital – Covington
    u. Any health care providers utilized by Plaintiff's worker's compensation insurer
    v. Any other health care provider that is listed by another party or identified through further discovery

12. Tracy Allen Segura, Plaintiff

13. Tracy Duvernay Segura, Plaintiff

14. Representative from Plaintiff's former employer, Tiger Logistics

15. Representative from worker's compensation insurer

16. JeBarr LoCure, Sr., Plaintiff's supervisor when he was employed by Tiger Logistics at the time of the accident.

17. Andy Sternberg, FedEx employee who communicated with USPS employee Cholayna Montgomery

18. Larry Scallion, FedEx employee who communicated with USPS employee Cholayna Montgomery

19. Reynard Smith, FedEx employee who communicated with USPS employee Cholayna Montgomery

20. Anthony Calvino, FedEx fact witness

21. Micah Endlsey, FedEx fact witness

22. Christopher Burg, FedEx fact witness

23. Any corporate witness from any of the defendants or the health care providers needed to authenticate documents, including the USPS administrative claim file.

24. Any individuals listed by any other parties to this litigation.

25. Any witness identified through further discovery.

26. The United States reserves the right to amend this witness list.

## II. EXHIBIT LIST

1. Any of Plaintiff's medical records, including but not limited to those from providers identified in the foregoing witness list or on another party's witness list.

2. Report from any of the expert witnesses listed by any of the parties, specifically including but not limited to those in the foregoing witness list or listed by another party.

3. Photographs and/or diagram of loading dock where accident occurred.

4. Any written discovery response produced by any party.

5. Any deposition transcript, to the extent allowed under the Federal Rules of Civil Procedure and Rules of Evidence.

6. Any written statement made by any of the fact witnesses.

7. Plaintiff's administrative claim filed with the USPS.

8. Any of Plaintiff's employment records or worker's compensation records.

9. Documents related to other claims and lawsuits filed by Plaintiff's.

10. Particular documents produced by FedEx.

11. Any exhibit listed or used by any other party.

12. The United States reserves the right to supplement this exhibit list as discovery is ongoing.

        Respectfully submitted,
        KENNETH ALLEN POLITE, JR.
        UNITED STATES ATTORNEY


        /s/ JASON M. BIGELOW
        JASON M. BIGELOW (29761)
        Assistant United States Attorneys
        650 Poydras Street, 16TH Floor
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3025
        Fax: (504) 680-3174
        Email: Jason.bigelow@usdoj.gov

OF COUNSEL:
Kathleen M. Arndt
Attorney for the United States Postal Service
General Law Service Center – National Tort Center
1720 Market Street, Room 2400
St. Louis MO 63155-9948
Telephone:    314-345-5868
Facsimile:    202-406-4618
kathleen.m.arndt@usps.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties by ECF, facsimile, or mailing the same to each, properly addressed and postage prepaid this 10th day of December, 2015.

/S/ JASON M. BIGELOW<br>
JASON M. BIGELOW<br>
Assistant United States Attorney